IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00125-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JOSE EDUARDO ORTIZ-ESPINAL,

     Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

     It is ORDERED that the Change of Plea hearing set for **May 7, 2010 at 8:00 a.m.** is VACATED and RESCHEDULED for **May 11, 2010 at 9:00 a.m.**  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

     The Plea Agreement and Statement Relevant to Sentencing required by D.C.COLO.LCrR 11.1C (in the form prescribed by Appendix J) shall include also a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  It is further

     ORDERED that the trial scheduled to begin **May 10, 2010 at 8:00 a.m.** is VACATED.

     DATED April 23, 2010.