IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00125-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE EDUARDO ORTIZ-ESPINAL,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    A sentencing hearing in this case is scheduled for **September 17, 2010 at 10:30 a.m.** in Courtroom A 701.

    DATED July 13, 2010.